UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:97CR470 CDP |
| LEON MOSS, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

After consultation with the Probation Officer,

**IT IS HEREBY ORDERED** that defendant's motion for early termination of supervised release [#104] is DENIED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of September, 2008.